United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SCRUGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN MATEO COUNTY TRANSIT DISTRICT,<br><br>　　　　Defendant. | Case No. 20-cv-07909-SK<br><br>**ORDER EXTENDING STAY AND REFERRAL TO FEDERAL PRO BONO PROJECT** |

On September 28, 2021, Plaintiff was referred to the Federal Pro Bono Project for appointment of pro bono counsel for the duration of her case. (Dkt. No. 22.) That Order included a stay of proceedings pending appointment of counsel, which is set to expire on January 5, 2022. The Federal Pro Bono Project has informed the Court that it has not yet located pro bono counsel for this case, but that efforts to locate counsel continue. Therefore, the Court HEREBY EXTENDS the stay until four weeks after an attorney is appointed, or until April 4, 2022, whichever is earlier.

**IT IS SO ORDERED**.

Dated: January 4, 2022

　　　　　　　　　　　　　　　　　*Sallie Kim*
　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　United States Magistrate Judge