1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA SCRUGGS,

    Plaintiff,

  v.

SAN MATEO COUNTY TRANSIT DISTRICT,

    Defendant.

Case No.  20-cv-07909-SK

**ORDER OF CONDITIONAL DISMISSAL**

Regarding Docket No. 57

   In their joint case management statement, the parties advised the Court that the above captioned matter has settled. The settlement agreement has been fully executed and approved by Defendant's government board.  (Dkt. No. 57.)  In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

   **IT IS SO ORDERED**.

Dated: October 18, 2022

_____
SALLIE KIM
United States Magistrate Judge